**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **AMY F.,**<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>**CALIFORNIA PHYSICIANS' SERVICE DBA BLUE SHIELD OF CALIFORNIA, ET. AL.,**<br><br>　　　　Defendants. | Case No.  4:19-cv-06078-YGR<br><br>**ORDER DENYING PLAINTIFF AMY F.'S REQUEST FOR RENEWED FACT DISCOVERY AND SETTING COMPLIANCE DEADLINE**<br><br>Re: Dkt. Nos. 57, 58, 62, 63 |

　　　　The Court has reviewed the parties' filings regarding plaintiff Amy. F's request for renewed fact discovery.  (Dkt. Nos. 57, 58, 62, 63.)  The request is **DENIED**.  In short, plaintiff has not sufficiently explained why she was unable to meet the prior discovery cutoff nor demonstrated any diligence in her request or under the prior discovery deadline.  *See Zivkovic v. S. Cal. Edison Co.*, 302 F.3d 1080, 1087 (9th Cir. 2002) ("If the party seeking the modification 'was not diligent, the inquiry should end' . . . .").

　　　　Further, the Court hereby **SETS** a compliance deadline for **9:01 a.m.** on **Friday, January 15, 2021**.  **Five (5) business days** prior to the date of the compliance deadline, the parties shall jointly file a proposed and revised briefing schedule on the anticipated motions for judgment.  If compliance is complete, the compliance deadline will be taken off calendar.

　　　　**IT IS SO ORDERED.**

Dated: December 21, 2020

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**